**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>**KERRI RYDER,**<br>Debtor. | Chapter 13<br>Case No. 17-10146-FJB |

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION FOR ORDER DISMISSING CASE

Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws the Motion for Order Dismissing Case filed on June 23, 2021 and states that the Debtor's has cured the issues raised by the Trustee in the Motion.

Dated: July 26, 2021

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee
By: /s/ Patricia A. Remer
Carolyn A. Bankowski (BBO#631056)
Patricia A. Remer (BBO#639594)
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

Certificate of Service

The undersigned hereby certify that a copy of the within Notice of Withdrawal was served upon Debtor's counsel via first class mail, postage prepaid, or by electronic notice, at the address set forth below.

Dated: July 26, 2021

Steven R. Striffler
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169

/s/ Patricia A. Remer